**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-217-FDW-DCK  *SEALED***

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, THE STATE OF ILLINOIS, THE STATE OF FLORIDA and THE STATE OF TEXAS ex. rel. SHERRY DORSEY, <br><br> Plaintiffs, <br><br> v. <br><br> ADVENTIST HEALTH SYSTEM SUNBELT HEALTH CARE CORPORATION, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Unseal Specified Documents At Such Time As The Intervening Parties Notify The Court That The Settlement Agreement Has Been Fully Executed" (Document No. 31) filed August 31, 2015.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Unseal Specified Documents At Such Time As The Intervening Parties Notify The Court That The Settlement Agreement Has Been Fully Executed" (Document No. 31) is **GRANTED**.

**IT IS FURTHER ORDERED** that only the following documents shall be unsealed:  the "Joint Notice Of Election To Intervene In Part And Decline In Part" (Document No. 30);  the "Complaint" (Document No. 1);  this "Order" (Document No. 32);  the "Notice" to be filed along with the fully executed Settlement Agreements on or about **September 21, 2015**;   and all

documents filed in this action <u>after</u> the filing of the "Notice" with the fully executed Settlement Agreement.  <u>These documents shall remain under seal until the parties "Notice" of a fully executed Settlement Agreement is filed with the Court.</u>  All other papers or Orders on file in this matter, as of the date of this Order, shall remain under seal.

    **SO ORDERED**.

Signed: September 2, 2015

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to All Parties/Defendants.