UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, THE STATE OF ILLINOIS, THE STATE OF FLORIDA and THE STATE OF TEXAS *ex. rel.* SHERRY DORSEY, <br><br> Plaintiffs, <br><br> v. <br><br> ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CORPORATION, et al, <br><br> Defendants. | FILED <br> CHARLOTTE, NC <br><br> SEP 21 2015 <br><br> U.S. DISTRICT COURT <br> WESTERN DISTRICT OF NC <br><br> 3:13-CV-217 |

## ORDER

Having considered the Joint Notice of Election to Intervene in Part, the United States' Notice of Settlement, and the United States' Joint Notice of Dismissal, the Court finds that the United States has intervened in part in this action for the purposes of effectuating the settlement agreement (the "Settlement Agreement") among the United States, all defendants and the relator Sherry Dorsey (the "Relator"), pursuant to the United States False Claims Act, the "False Claims Act"), and the United States and the Relator has filed a Joint Notice of Dismissal pursuant to Fed. R. of Civ. P. 41(a)(1)(A); and

**IT IS HEREBY ORDERED THAT:**

1. Consistent with the terms of the Settlement Agreement, the False Claims asserted by the Relator in this action on behalf of the United States against all defendants for the

Covered Conduct as defined in the Settlement Agreement are dismissed with prejudice as to all parties;

2. Except for the Relator's outstanding claims for statutory attorney's fees and costs under 31 U.S.C. § 3730(d), the remaining False Claims Acts claims asserted by Relator against all defendants are dismissed with prejudice to the Relator and without prejudice as to the United States; and

3. The Court shall retain jurisdiction over the United States all defendants and Relator to the extent necessary to enforce the terms and conditions of the Settlement Agreement, and to adjudicate Relator's claims for statutory attorney's fees and costs pursuant to 31 U.S.C. § 3730(d), and any claims Relator may have against the United States under 31 U.S.C. § 3730(h) and comparable statutes, or other claims against the United States for a share of the proceeds of settlement.

**IT IS SO ORDERED**, this 22nd day of September, 2015

The Honorable Frank D. Whitney
Chief United States District Judge