# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, THE STATE OF ILLINOIS, THE STATE OF FLORIDA and THE STATE OF TEXAS *ex. rel.* SHERRY DORSEY, <br><br> Plaintiffs, <br><br> v. <br><br> ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CORPORATION, et al, <br><br> Defendants. | 3:13-CV-217 |

**THIS MATTER** is before the Court pursuant to the State Plaintiffs' Notice of Settlement and Joint Dismissal. It appears that the States of Florida and North Carolina, Relator and Defendants have agreed to certain terms as reflected in the Notice of Settlement and Joint Dismissal pursuant to which the case will be settled. It further appears that the State of Illinois has declined intervention and consents to the dismissal of this action without prejudice. Lastly, it appears that the State of Texas is finalizing its settlement agreement with Relator and Defendants and while Texas does not dismiss claims filed on its behalf in this motion, the parties anticipate that Texas will dismiss its claims when its settlement agreement is finalized.

Wherefore, upon consent of the parties, **IT IS HEREBY ORDERED, JUDGED** and **DECREED** that:

1. The allegations in the Complaint related to the Covered Conduct be dismissed with prejudice as against Florida, North Carolina, and Relator; and

2. The allegations in the Complaint outside of the Covered Conduct filed on behalf of Florida and North Carolina are to be dismissed with prejudice against the Relator and without prejudice against Florida and North Carolina; and

3. The allegations in the Complaint filed on behalf of Illinois are to be dismissed with prejudice against the Relator and without prejudice against Illinois; and

4. The allegations in the Complaint filed on behalf of Texas are not dismissed at this time. Texas will notify the Court immediately upon receipt of its executed settlement agreement and file the necessary dismissal motion with this Court; and

5. This Order relates to the Relator's allegations against the State Plaintiffs only.

BY THE COURT:

THE HONORABLE FRANK D. WHITNEY
Chief United States District Judge